IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EMMANUEL ADEYINKA, | Case No. 3:23-cv-00344-SB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JOHN LUCAS III, | |
| Defendant. | |

Based on the Court's ORDER OF DISMISSAL,

IT IS ADJUDGED that this case is DISMISSED with prejudice.

DATED this __21__ day of March, 2023.

MARCO A. HERNÁNDEZ
United States District Judge

PAGE 1 – JUDGMENT